## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | Case No. 17-23126-CMB |
| | : | |
| **MSAMN Corp.,** | : | **Chapter 11** |
| | : | |
| **Debtor** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **James R. Walsh, Chapter 11 Trustee** | : | |
| **of the Bankruptcy Estate of** | : | **Doc. No. _____** |
| **MSAMN Corp.,** | : | |
| | : | **Related to Doc. No. _____** |
| **Movant** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **MSAMN Corp.,** | : | |
| | : | |
| **Respondent** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER OF COURT**

AND NOW, this _____ day of _____, 2018, upon consideration of the Chapter 11 Trustee's Motion to Convert Chapter 11 Case to Chapter 7, responses filed and hearing held, it is hereby ADJUDGED, ORDERED and DECREED that the within case is hereby converted to Chapter 7 pursuant to 11 U.S.C. §1112.

It is hereby further ordered that the Office of the United States Trustee shall immediately appoint a Chapter 7 Trustee to oversee the administration of the Bankruptcy Estate.

It is hereby further ordered that the Debtor shall turn over to the appointed Chapter 7 Trustee all insurance records, financial records, any funds remaining in any accounts, and any other documentation and information requested by the Chapter 7 Trustee.

BY THE COURT:

_____
Carlota M. Böhm, Judge
United States Bankruptcy Court